**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OLIVIA RUZ, et al.,

Plaintiff,

v.

THE REPUBLIC OF SUDAN,

Defendant.

_________________________________/

No. C 07-80229MISC CRB

**ORDER OF REFERENCE TO A MAGISTRATE JUDGE**

Pursuant to Local Rule 72-1, it is HEREBY ORDERED that this case is referred for ALL DISCOVERY PURPOSES to a Magistrate Judge, with any motions to be heard and considered at the convenience of his/her calendar.

Dated: November 2, 2007

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE