LAW OFFICES OF

# CHARLES J. WISCH

425 CALIFORNIA STREET, 17TH FLOOR
SAN FRANCISCO, CALIFORNIA 94104
WISCHLAW@CS.COM

TEL (415) 788-1945

FAX (415) 788-1948

November 27, 2007

1164.101

Brenda Tolbert
United States District Court
450 Golden Gate Avenue
Courtroom B, 15th Floor
San Francisco, CA 94102

Re:    Rux v. Republic of Sudan, No. C07 80229-MISC-CRB

Dear Ms. Tolbert:

The Order of Examination scheduled to take place on November 21, 2007, was cancelled at our request because the witness agreed to produce the information without being required to appear at court.

Should you have any questions regarding this matter please contact our offices.

Very truly yours,

Charles J. Wisch

CJW:aaw