```
1  CHARLES J. WISCH, SBN 68050
   LAW OFFICES OF CHARLES J. WISCH
2  425 California Street, 17th Floor
   San Francisco, California 94104
3  Tel (415) 788-1945
   Fax (415) 788-1948
4
5  Attorneys for Plaintiffs Olivia Rux, et al.
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OLIVIA RUX, et al. | ) |
| Plaintiffs, | ) Case No. C07 80229-MISC CRB |
| vs. | ) (USDC E.D. Va. No. 2:04cv428) |
| THE REPUBLIC OF SUDAN | ) LIS PENDENS |
| Defendant. | ) |

COME NOW, Plaintiffs, Olivia Rux, Jamie Owens, individually as next friend of I.M.O., a minor, Sharla Costelow, individually and as next friend of E.C. and B.C., minors, George Costelow, Dorothy Costelow, Novella Wiggens, individually and as next friend of J.R.M. Jr., a minor, Lorie D. Triplett, individually and as next friend of A.T., a minor, and S.R.T, a minor, Jennifer Clodfelter, individually and as next friend of N.C, a minor, Kenyon Embry, individually and as next friend of C.K, Ronald W. Francis, Sandra Francis, David Francis, James Francis, Jaqueline Saunders, individually and as next friend of I.S. and J.S, minors, Rogelo Santiago, Simeona Santiago, Sarah Guana Esquivel, Jesse Nieto, Thomas Wibberly, Theodis Triplett, Wayne Triplett, Reed Triplett, Savannah Triplett, Kevin Triplett, Freddie Triplett, Gary Swenchonis, Sr., Debroah Swenchonis, Shalala Swenchonis-Wood, Kate Brown, Sean Walsh, Kevin Roy, Lou Gunn, Mona Gunn, Jamal Gunn, Jason Gynn, Anton J. Gunn, Leroy Parlett, Etta

1  Parlett, individually and as next friend of H.P., a minor, Kera Miller, Matthew Parlett, John
2  Clodfelter, Gloria Clodfelter, Joseph Clodfelter, Toni Wibberly, Diane McDaniels, Fredericka
3  McDaniels-Bess, Teresa Smith,, The Estates of Kenneth Eugene Clodfelter, Richard Costelow,
4  Lakeina Monique Francis, Timothy Lee Gauana, Cherone Louis Gunn, James Roderick
5  McDaniels, Marc Ian Nieto, Ronald Scott Owens, Lakiba Nicole Palmer, Joshua Langdon
6  Parlett, Patrick Howard Roy, Kevin Scott Rux, Ronchester Mananga Santiago, Timothy Lamont
7  Saunders, Gary Graham Swenchonis Jr., Andrew Triplett, and Craig Bryan Wibberly, and give
8  notice to this Honorable Court and to all who read this Notice of Pending Action as follows:

        Plaintiffs herein give notice of the claim of a lien pursuant to the provisions of the Justice for Victims of Terrorism (S.1944) as incorporated in the Defense Authorization Act of 2008 (HR 4986) and incorporate herein by reference and attach hereto the following: (1) as Exhibit 1, Plaintiffs Fourth Amended Complaint; and (2) as Exhibit 2, Plaintiffs Motion to Re-Open Case and Enter Judgment, and would show who read this as follows:

        On January 22, 2008, both houses of the Congress passed the Defense Authorization Act of 2008 (HR 4986) which incorporated and included the Justice for Victims of Terrorism Act (S.1944), which legislation was signed into law by the President of United States on January 28, 2008.  Said legislation provided that this filing "…shall have the effect of establishing a lien of lis pendens upon any real property or tangible property…" as described in Subsection 1605(g) of said Act.  Plaintiffs claim such as lien against the Republic of Sudan in the Districts in which Writs of Execution have previously been served, to wit:  Northern District of California; Northern District of Illinois; Western District of North Carolina; and Southern District of New York.

Dated: January 30, 2008

LAW OFFICES OF CHARLES J. WISCH

By /s/ Charles J. Wisch

Attorneys for Plaintiffs Olivia Rux, et al.

1164.101