PROOF OF SERVICE

I, Audrey Aguirre-Woo, declare that:

I am employed in the City and County of San Francisco, that I am over the age of eighteen (18) years, and am not a party to the within cause, and that my business address is 425 California Street, 17th Floor, San Francisco, California 94104.

I am readily familiar with the business' practice for the collection and processing of correspondence for mailing with the United States Postal Service; and that the correspondence would be deposited with the United States Postal Service that same day in the ordinary course of business.

On January 30, 2008, at San Francisco, California, I served the within:

LIS PENDENS

by placing [a] true copy[ies] in a sealed envelope, which envelope was then placed for collection and mailing on said date following ordinary business practices, addressed as follows:

Republic of Sudan
c/o Embassy of the Republic of Sudan
2210 Massachusetts Avenue NW
Washington, DC 20008

Republic of Sudan
c/o UN Mission of the Republic of Sudan
305 East 47th Street, 4th Floor
New York, NY 10017

Gregory N. Stillman, Esq.
Hunton & Williams LLP
500 East Main Street, Suite 1000
Norfolk, VA 23510

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED:        January 30, 2008

*Audrey Aguirre-Woo*